UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32281 |
|---|---|
| DAWN M KILBARGER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 26 | VERIZON NORTH<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 102.11 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

Certificate of Service 07-32281

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DAWN M KILBARGER
236 DRINA AVENUE
NEW LEBANON, OH 45345

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

(30.1n)
AMERICREDIT
% ALICE WHITTEN
PO BOX 183853
ARLINGTON, TX 76096

(26.1)
VERIZON NORTH
AFNI VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                sv